FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2013

No. 04-12-00585-CV

Kay Lynn **MAYNARD** f/k/a Kay Lynn Maynard Booth,
Appellant

v.

William **BOOTH,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVH-001376-D2
Honorable Monica Z. Notzon, Judge Presiding

## C O R R E C T E D   O R D E R

Appellee's brief was due to be filed by May 29, 2013. On May 28, 2013, appellee filed a motion for extension of time in which to file the brief. The motion is GRANTED and appellee's brief is due <u>no later June 28, 2013</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court